**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:24-cv-00163-KDB**

| | |
|---|---|
| AJANAKU MURDOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| | ) |
| FNU ADKINS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff FNU Adkins ("Plaintiff") filed this action on July 11, 2024, pursuant to 42 U.S.C. § 1983. [Doc. 1]. On initial review of Plaintiff's Complaint, the Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from July 29, 2024, to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 7]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 5-6].

The deadline has passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: September 9, 2024

Kenneth D. Bell
United States District Judge